JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COACHELLA MUSIC FESTIVAL, LLC and GOLDENVOICE, LLC,<br><br>Plaintiffs<br><br>v.<br><br>ROBERT TREVOR SIMMS, FILMCHELLA, KYLE BLIVEN, WYATT DENNY, and DOES 4-20,<br><br>Defendants. | Case No. 2:17-cv-06059 RGK (GJSx)<br><br>**[PROPOSED] STIPULATED ORDER ENTERING PERMANENT INJUNCTION AND FINAL JUDGMENT**<br><br>Hon. R. Gary Klausner |

The Court, having read and considered the stipulation of the parties and the record in this case, it is **ORDERED** that the stipulation is **GRANTED.**

**IT IS HEREBY ORDERED THAT:**

1. For the purposes of this Order, the following definitions shall apply:
   a. Defendant's Marks means: COACHELLA FOR MOVIES, COACHELLA FILM FESTIVAL, FILMCHELLA, FILMCHLLA, and FILMCOACHELLA;
   b. Plaintiffs' Marks means: COACHELLA VALLEY MUSIC & ARTS FESTIVAL, COACHELLA FESTIVAL, COACHELLA FEST, COACHELLA, CHELLA, CHELLA FESTIVAL, and CHELLA FEST; and
   c. Enjoined Terms means: Defendant's Marks, or any confusingly similar designation, in whole or in part, thereto; and Plaintiffs' Marks, or any confusingly similar designation, in whole or in part, thereto.

2. Defendant Robert Trevor Simms ("Defendant"), and his, agents, servants, employees, and attorneys, and all other persons acting in concert with or participation with him who receive notice of the Court's Order are permanently enjoined from using in commerce any of the Enjoined Terms.

3. Defendant shall transfer the domain names filmcoachella.com, filmchella.com and filmchlla.com to Plaintiffs.

4. It is further **ORDERED** that, Defendant, and his officers, agents, servants, employees and attorneys, and all other persons acting in concert with or participation with Defendant who receive actual notice of the Court's permanent injunction, shall not assist, aid, or abet any other person or business entity in engaging in or performing any of the activities recited in paragraph 2 of this Order.

5. This Court has jurisdiction over the parties and the subject matter of this action. This Court shall retain jurisdiction to the extent necessary to enforce this Permanent Injunction.

6. This Action is dismissed with prejudice as to all defendants, other than Robert Trevor Simms.

7. All relief not expressly granted herein is **DENIED**.

8. Each party shall bear its own costs, expenses, and attorneys' fees.

This is a Final Judgment, and except as to this stipulated injunction, all claims and counterclaims are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: October 04, 2018

_____
R. Gary Klausner
U.S. District Judge